# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1753

_____

JOHN MCKAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

June 13, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.140(b)(3).

ROWE, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John McKay, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.